**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**JAMES BRADSHAW**<br><br>Supervised Releasee | **NO. 1: 97-CR-18 (WLS)**<br><br>RE:  SUPERVISED RELEASE VIOLATIONS |

# O R D E R

**JAMES BRADSHAW**, a **SUPERVISED RELEASEE** in the above-styled criminal proceeding, this day appeared before the undersigned for an Initial Appearance under provisions of Rule 32.1 of the Federal Rules of Criminal Procedure, represented by Ms. Catherine M. Leek of the Federal Defender's Office.  The government was represented by Assistant U. S. Attorney Charles Calhoun. With assistance of counsel, Mr. Bradshaw waived his right to a Preliminary Hearing under Rule 32.1.

Upon consideration of the government's request for the detention of the **SUPERVISED RELEASEE** pending his Final Revocation Hearing, and in light of the provisions of 18 U.S.C. §3143(a), the court finds that release from custody at this time is inappropriate in this case.  Mr. Bradshaw is alleged to have violated his supervised release by testing positive for the presence of marijuana.  He had previously been revoked for illegal drug usage in March of 2008.

Accordingly, IT IS ORDERED AND DIRECTED that **JAMES BRADSHAW** be **DETAINED** by the United States Marshal until further order of the court. While held in custody, said **SUPERVISED RELEASEE** shall be afforded reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the

corrections facility wherein he is confined shall deliver him to the United States Marshal for the purpose of an appearance in connection with this court proceeding.  Said **SUPERVISED RELEASEE** shall appear before the Honorable W. Louis Sands, district judge, for a **FINAL HEARING** as directed by Judge Sands.  The Clerk of Court is directed to forward this order and the within file to Judge Sands for the scheduling of said **FINAL HEARING** at the earliest possible time.

SO ORDERED AND DIRECTED, this 16th day of MARCH, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE